1  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   JEFFREY G. LEWIS  Bar No. 66587
2  TERESA S. RENAKER  Bar No. 187800
   MARGARET E. HASSELMAN  Bar No. 228529
3  1330 Broadway, Suite 1800
   Oakland, CA 94612
4  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
5
   Attorneys for Plaintiff
6  JUTTA CURATOLO

7

   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE Y. McISAAC  Bar No. 215294
   One Embarcadero Center, 16th Floor
10 San Francisco, California 94111-3628
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12 Attorneys for Defendants
   HARTFORD LIFE AND ACCIDENT INSURANCE
13 COMPANY (improperly named as HARTFORD LIFE
   INSURANCE COMPANY) and GROUP LONG
14 TERM DISABILITY INSURANCE PLAN FOR
   EMPLOYEES OF HINES INTERESTS LIMITED
15 PARTNERSHIP (improperly named as HINES
   INTERESTS LIMITED PARTNERSHIP LTD PLAN)
16

17                   UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| JUTTA CURATOLO, | CASE NO. C 04 4334 WHA |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| HARTFORD LIFE INSURANCE COMPANY and HINES INTERESTS LIMITED PARTNERSHIP LTD PLAN, | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between plaintiff Jutta Curatolo and defendants

1  Hartford Life And Accident Insurance Company (improperly named as Hartford Life Insurance
2  Company) and Group Long Term Disability Insurance Plan For Employees Of Hines Interests
3  Limited Partnership (improperly named as Hines Interests Limited Partnership Ltd Plan), by and
4  through their respective attorneys of record herein, that the parties have resolved this matter in its
5  entirety, and that the parties to date have complied with the written settlement agreement.

6      IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire action
7  shall be DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and
8  costs.

9  DATED: ~~June~~ July 11, 2005    LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

12  By: /s/ Margaret E. Hasselman
    MARGARET E. HASSELMAN
    Attorneys for Plaintiff
13      JUTTA CURATOLO

14  DATED: June 20, 2005    SEDGWICK, DETERT, MORAN & ARNOLD LLP

17  By: /s/
    DENNIS G. ROLSTAD
18      MICHELLE Y. McISAAC
    Attorneys for Defendants
19      HARTFORD LIFE AND ACCIDENT INSURANCE
    COMPANY (improperly named as HARTFORD LIFE
20      INSURANCE COMPANY) and GROUP LONG TERM
    DISABILITY INSURANCE PLAN FOR EMPLOYEES
21      OF HINES INTERESTS LIMITED PARTNERSHIP
    (improperly named as HINES INTERESTS LIMITED
22      PARTNERSHIP LTD PLAN)

24  ORDER

26  IT IS SO ORDERED.  The Clerk shall close the file.

[SEAL: IT IS SO ORDERED / Judge William Alsup]

28  DATED: June 12, 2005

JUDGE OF THE UNITED STATES DISTRICT COURT